IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Aaron Wayne Pellum, | ) | C/A: 9:05-3339-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Cpt. David Nunley, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This action was filed *pro se* and tried to a jury which returned a verdict in favor of the defendant. No appeal was taken.

In view of the fact that this case has been ended for more than four years and also in view of the fact that the Clerk's Office has limited storage facilities, the Clerk is hereby authorized to destroy the exhibits that were introduced at the trial of this case. The court has carefully examined the documents in question and finds that there would be no good purpose served by preserving these documents. In other words, it is entirely unlikely that these documents would have probative value in any case now pending.

IT IS SO ORDERED.

*Joseph F. Anderson Jr.*

August 15, 2012                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge